

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

January 25, 2008

**BY FAX: (212) 805-4258**

**MEMO ENDORSED**

The Honorable Debra Freeman
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    Schick v. Apker, 07 Civ. 5775 (SHS) (DF)

Dear Judge Freeman:

      I am the Assistant United States Attorney assigned to the above-referenced case, a suit brought by pro se plaintiff David Schick against three officials of the Federal Bureau of Prisons ("BOP"). I write respectfully to request an extension, from January 31, 2008 to February 19, 2008, to respond to plaintiff's discovery requests in this case. We make this request because plaintiff's document requests and written depositions are extensive, and because the BOP employees assisting this Office with our discovery responses (including the individuals to whom plaintiff has directed written deposition questions) have been or will be out of the office for mandatory BOP training. Because we will be unable to provide responses by the current deadline, we respectfully request until February 19, 2008 to provide its responses. Should the Court grant this request, we also respectfully ask that the Court extend the dates for plaintiff's opposition to the Government's motion to dismiss (to March 11, 2008), and the Government's reply (to March 18, 2008).

      This is the Government's first request for an extension of time to respond to plaintiff's discovery requests. Plaintiff has informed the undersigned by letter that he objects to any extension of these deadlines, but did not provide a reason for this objection.

*The requested extensions of time are granted.*

SO ORDERED:   DATE: 1/29/08

**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE

Thank you very much for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
KRISTIN L. VASSALLO
Assistant United States Attorney
Tel.: (212) 637-2822
Fax: (212) 637-2730

cc:   David Schick
      #38713-054
      FCI Otisville Satellite Camp
      P.O. Box 1000
      Otisville, New York 10963
      (Via Express Mail)