UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DAVID SCHICK,                                        :

                        Plaintiff,                   :    07 Civ. 5775 (SHS) (DF)

        -against-                                    :    **SCHEDULING ORDER**

CRAIG APKER, as the Warden of FCI Otisville,         :
TASHA R. WELCH, as the Case Manager at FCI
Otisville, and the DIRECTOR, Federal Bureau of       :
Prisons,
                                                     :
                        Defendants.                  :
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

        This Court having held a telephone conference on May 1, 2008, with Plaintiff, who is

proceeding *pro se*, and counsel for Defendants; it is hereby ORDERED that:

        1.      Defendants' time to serve and file reply papers, if any, on their pending motion to

dismiss the complaint is extended to May 30, 2008.  All opposition and reply papers should be

directed to Judge Stein.

        2.      Further discovery is stayed pending the outcome of Defendants' motion to

dismiss.

Dated:  New York, New York
        May 2, 2008

                                        SO ORDERED


                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies To:

Hon. Sidney H. Stein, U.S.D.J.

Mr. David Schick, *pro se*
38713-054
FCI Otisville Sattellite
P.O. Box 1000
Otisville, NY 10963-1000

Kristin Vassallo, Esq.
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007