```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DAVID SCHICK,                               :

                Plaintiff,          :           07 Civ. 5775 (SHS) (DF)

    -against-                                 :           **ORDER OF REFERENCE**
                                                               **TO A MAGISTRATE JUDGE**

CRAIG APKER, *ET AL.*,                    :

                Defendants.        :

------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:

___ Habeas Corpus

___ Social Security

**XX** Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: Defendants' motion to dismiss

All such motions: ___

Dated: New York, New York
        May 15, 2008

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.