

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

May 28, 2008

**BY FAX: (212) 805-4258**

The Honorable Debra Freeman
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

*5/29/08*

        Re:    <u>Schick v. Apker</u>, 07 Civ. 5775 (SHS) (DF)

Dear Judge Freeman:

      I am the Assistant United States Attorney assigned to the above-referenced case, a suit brought by <u>pro se</u> plaintiff David Schick against three officials of the Federal Bureau of Prisons. I write respectfully to request a two-week extension, from May 30, 2008 to June 13, 2008, to submit a reply in support of our motion to dismiss. We make this request because plaintiff's opposition papers are voluminous, and because we will be unable to complete our response by the current deadline. Accordingly, we respectfully ask that the Court allow us to file our reply by June 13, 2008.

      This is the Government's second request for an extension of time to file its reply papers. Because plaintiff is incarcerated, I have not been able to contact him to seek his consent to this request. However, during the last teleconference in this case, he informed me that he would have no objection if the Government did seek an extension of its time to submit a reply.

MEMO ENDORSED

SO ORDERED:    DATE: *5/29/08*

*Debra Freeman*

**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE

*5/29/08*

We thank the Court for considering this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:

KRISTIN L. VASSALLO
Assistant United States Attorney
Tel.: (212) 637-2822
Fax: (212) 637-2730

cc:    David Schick
       #38713-054
       FCI Otisville Satellite Camp
       P.O. Box 1000
       Otisville, New York 10963

2